

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-15-00532-CR

Trial Court Cause
Number:     1453096

Style:     Romelo Hernandez Diaz **v** The State of Texas

Date motion filed*:     January 5, 2016

Type of motion:     Extension of Time to File State's Brief

Party filing motion:     Appellee

Document to be filed:     Appellee's Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:     October 26, 2015

    Number of previous extensions granted:     0

    Date Requested:     February 19, 2016

Ordered that motion is:

    ☐   Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒   Other: The State's motion for an extension of time to file its brief is **granted in part**. The deadline is extended to **February 4, 2016**.

Judge's signature: /s/ Michael Massengale
        ☐ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: January 7, 2016